(98 South. 134)

Ex parte Riley CORBIN. (8 Div. 623.)

(Supreme Court of Alabama. Nov. 29, 1923.)

Certiorari to Court of Appeals.

D. Isbell, of Guntersville, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Riley Corbin for certiorari to the Court of Appeals, to review and revise the judgment and decision of said court in the case of Riley Corbin v. State, 98 South. 132.

Writ denied.